UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENZIL A. BARKER,<br><br>                            Plaintiff,<br><br>      -against-<br><br>MANHATTAN PARKING GROUP LLC,<br>LAWRENCE LIPMAN,<br><br>                          Defendants. | 22-CV-6245 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 24, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 24, 2022
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge